

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00894-CV

Melody Ann **MCLEHANY**,
Appellant

v.

Scott Mitchell **BROWN**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12382B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED February 12, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice